NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-752

STATE OF LOUISIANA

VERSUS

JOSEPH JONES

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 14696-01
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

Rick Bryant
District Attorney
Sharon Darville Wilson
Assistant District Attorney
P.O. Box 3206
Lake Charles, LA 70602
(337) 437-3400
Counsel for Plaintiff/Appellee:
    State of Louisiana

Peggy J. Sullivan
Louisiana Appellate Project
P. O. Box 2775
Monroe, LA 71207-2775
(318) 387-6124
Counsel for Defendant/Appellant:
    Joseph Jones

**Carla S. Sigler**
**Assistant District Attorney**
**P.O. Box 3206**
**Lake Charles, LA 70602**
**(337) 437-3400**
**Counsel for Plaintiff/Appellee:**
      **State of Louisiana**

**Joseph Jones**
**SLCC Wolf-1**
**3843 Stagg Ave**
**Basile, LA 70515**